The Government argues that petitioner should have proceeded by filing a motion for a new trial. See Rule 33, Fed. Rules Crim. Proc. "It is more appropriate, whenever possible, to correct errors reachable by the appeal rather than remit the parties to a new collateral proceeding." *Bartone* v. *United States,* 375 U. S. 52, 54.

I would grant certiorari, reverse the judgment below, and remand the case for a new trial. Cf. *Brady* v. *Maryland,* 373 U. S. 83.

No. 641. CIMINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert J. Krieger* and *Theodore Krieger* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 541. NATIONAL SURETY CORP. *v.* MUSGROVE ET AL., DOING BUSINESS AS MUSGROVE INSURANCE AGENCY, ET AL. Motion of respondent, Gladys Holmes Southwick, for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *James E. Clark* for petitioner. *Charles A. Poellnitz* for Musgrove et al., and *Francis H. Hare* for Southwick, respondents.

No. 628. EAST BAY UNION OF MACHINISTS, LOCAL 1304, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *David E. Feller, Elliot Bredhoff, Jerry D. Anker* and *Jay Darwin* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.